**Fill in this information to identify the case:**

Debtor 1: Ebony D. James

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: Northern District of Illinois

Case number (if known): 14 B 00026

- [ ] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13

# Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A), the court orders that:

[ ] The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

[X] The debtor(s) must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $ 76.50 | 01/31/2014 |
| $ 76.50 | 02/28/2014 |
| $ 76.50 | 03/28/2014 |
| + $ 76.50 | 04/25/2014 |
| **Total** $ 306.00 | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

01/09/2014        By the court: _Pamela S Hollis_
Month / day / year                  United States Bankruptcy Judge

CERTIFICATE OF SERVICE

Case Number:    14 B 00026
Case Name:      Ebony D. James

I, Steven P. Beckerman, Courtroom Deputy to the Honorable Pamela S. Hollis, do hereby certify that on the 9th day of January, 2014, I caused to be served via the Court's Electronic Notification or via First Class mail (**) a true and correct copy of:

Order Approving Payment Of The Chapter 13 Filing Fee In Installments Dated January 9, 2014

to each of the following named individuals:

**Ebony D James** (**)
8525 S May
Chicago, IL 60620

**Ronald R Peterson**
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654

**Patricik S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

*/s/ Steven P. Beckerman*
Steven P. Beckerman
Courtroom Deputy